# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

CITY OF MILWAUKEE,

      **Plaintiff,**

      v.                           **Case No. 26-C-271**

OSHKOSH CORPORATION, et al.,

      **Defendants.**

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**      **Case No. 26-MD-3179**

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-271, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-271 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-271 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this <u>12th</u> day of May, 2026.

_____
William C. Griesbach
United States District Judge